IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LANCE CARL HARKEY, #37344-177**, § <br> § <br> Movant/Defendant, § <br> v. § <br> § <br> **UNITED STATES OF AMERICA**, § <br> § <br> Respondent/Plaintiff. § | Civil Action No. **3:09-CV-2143-L** <br> No. 3:08-CR-0098-L |

### ORDER

Before the court is the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed November 10, 2009. The court referred the motion to vacate to United States Magistrate Judge Irma C. Ramirez, and she entered her findings and recommendation on February 26, 2010. The magistrate judge recommends denying the motion to vacate. Harkey did not file objections.

The court has reviewed the magistrate judge's findings and conclusions, the record, and the applicable law, and determines that the findings and conclusions are correct. They are therefore **accepted** as those of the court. The court **denies** the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

**It is so ordered** this 19th day of March, 2010.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page